**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6494**

———————

ALVIN PONSON, JR.,

                                    Plaintiff - Appellant,

        versus

JOSEPH P. SACCHET, Warden; DENNIS WELLER,
Officer; MUHAMMAD MOUBAREK, M.D., CMS; COR-
RECTIONAL MEDICAL SERVICES; ANY UNKNOWN
DEFENDANTS,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge. (CA-00-
2032-L)

———————

Submitted:  July 26, 2001          Decided:  August 2, 2001

———————

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alvin Ponson, Jr., Appellant Pro Se.  John Joseph Curran, Jr., At-
torney General, Sharon Stanley Street, Assistant Attorney General,
Baltimore, Maryland; Philip Melton Andrews, George Eugene Brown,
KRAMON & GRAHAM, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alvin Ponson, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ponson v. Sacchet, No. CA-00-2032-L (D. Md. Mar. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED